Ryan J. Works, Esq. (NSBN 9224)
Philip M. Mannelly, Esq. (NSBN 14236)
McDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
rworks@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

Anjuli B. Woods (NSBN 10989)
James H. Power (pro hac vice forthcoming)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3200
anjuli.woods@hklaw.com
james.power@hklaw.com

Attorneys for Plaintiff ABORNES INTERNATIONAL INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABORNES INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> ALL AMERICAS INTERNATIONAL, INC., <br><br> Defendant. | Case No. <br><br> **COMPLAINT** |

Plaintiff Abornes International Inc. ("Abornes" or "Plaintiff"), through its undersigned attorneys, Holland & Knight LLP and McDonald Carano LLP, for its Complaint against All Americas International, Inc. ("All Americas" or "Defendant") alleges as follows:

**THE PARTIES, JURISDICTION AND VENUE**

1. Plaintiff Abornes is a company organized and existing under the laws of the Republic of the Marshall Islands ("RMI"), with its registered offices at Trust Company Complex, Ajeltake Island, Majuro, Marshall Islands.

2. Defendant All Americas is a company organized and existing under the laws of the State of Nevada with its registered address at 680 W. Nye Lane, Suite 202, Carson City, Nevada 89703.

COMPLAINT

3.      The director of All Americas is Markus Hugelshofer. Mr. Hugelshofer is also the director of Comina Limited, a minority shareholder of Abornes.

4.      Upon information and belief, the ultimate beneficial owner of All Americas is Jahangir Usmanov. Mr. Usmanov is also the ultimate beneficial owner of Comina Limited.

5.      This Court has subject matter jurisdiction under 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000, and where Plaintiff is a citizen of a foreign state and Defendant is a citizen of Nevada.

6.      This Court has personal jurisdiction over All Americas and, upon information and belief, is amenable to service via its registered agent Laughlin Associates, Inc. at 680 W. Nye Lane, Suite 202, Carson City, Nevada 89703.

7.      Venue is proper within this judicial district under 28 U.S.C. § 1391 because All Americas resides in this judicial district, a substantial part of the events or omissions giving rise to the claims, including All Americas' breach, occurred in this judicial district, and All Americas has a regular and established place of business within this judicial district and is subject to personal jurisdiction with respect to this action.

## THE PROMISSORY NOTES

8.      On or around 2012-2013, Defendant entered into two promissory notes with third party Motril Investments S.A. ("Motril") in the total amount of $5,500,000.00, plus interest payable annually in arrears at four percent (4%) per annum on the outstanding balance, with payment of the principal balance due in full on or before October 5, 2022 (the "Promissory Notes").

9.      Between entering into the Promissory Notes and December 25, 2018, Defendant made payments to Motril on the Promissory Notes of both interest and principal, reducing the balance of the Promissory Notes to $3,737,374.01.

10.     By assignment dated December 26, 2018 (the "Assignment Agreement"), Motril assigned the Promissory Notes to Abornes, with modified interest at the rate of 2% per annum on the outstanding balance, with principal payments, maturity dates and all other terms and

conditions remaining as stated in the Promissory Notes, and incorporated by reference in the Assignment Agreement, to which All Americas was a signatory party.

11. The Assignment Agreement provides that it is "governed by and construed in accordance with the laws of the State of Nevada."

12. The Assignment Agreement also provides that if any legal action is necessary to "enforce or interpret the terms of this Agreement, the prevailing party shall be entitled to attorney's fees and costs, in addition to any relief to which they may be entitled."

13. Under the Promissory Note and Assignment Agreement, the principal amount of $3,737,374.01 came due on October 5, 2022.

14. To date, no amounts have been paid to Abornes on the Promissory Note pursuant to the Assignment Agreement, including the principal amounts, plus interest as set forth in the Promissory Note.

15. Further, Plaintiff is entitled to prejudgment interest on the amounts due and owing from the date of Defendant's default.

16. Currently, the amount due and owing including applicable interest and prejudgment interest exceeds Four Million Dollars.

17. On October 17, 2023, by email correspondence to a majority shareholder of Plaintiff, Jahangir Usmanov, the ultimate beneficial owner of Defendant, acknowledged the Promissory Note and Assignment Agreement and stated that Defendant would not pay any amounts due and owing, and further threatened to put Defendant into bankruptcy to avoid paying its obligations.

## CAUSES OF ACTION

### FIRST CLAIM FOR RELIEF:
### BREACH OF CONTRACT

18. Plaintiff repeats, realleges, and incorporates the foregoing paragraphs as if fully set forth herein.

19. Two duly executed promissory notes were executed by All Americas and Motril.

20. A duly executed assignment agreement assigned the amounts due and owing under the Promissory Notes to Abornes.

21. The terms of the Promissory Notes were incorporated by reference into the Assignment Agreement, except where expressly modified.

22. The full principal amount of $3,737,374.01 came due and owing under the Promissory Notes on October 5, 2022.

23. Further, Defendant owes interest pursuant to the terms set forth in the Promissory Note.

24. Despite due demand, no payment has been made by All Americas under the Promissory Notes as incorporated by the Assignment Agreement.

25. Accordingly, Abornes is entitled to all principle amounts owed, plus all applicable contractual and prejudgment interest, attorney's fees and costs, and post-judgment interest from the date of judgment until payment is made in full by All Americas.

26. Plaintiff has been required to retain legal counsel to seek relief and thus Plaintiff is entitled to an award of its attorney's fees and costs incurred in this action.

## SECOND CLAIM FOR RELIEF:
## BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

27. Plaintiff repeats, realleges, and incorporates the foregoing paragraphs as if fully set forth herein.

28. Nevada law imposes a duty of good faith and fair dealing into every contract.

29. Defendant breached the covenant of good faith and fair dealing implied into the Promissory Notes by performing in a manner unfaithful to the purpose of those agreements and deliberately contravened the intention and spirit of those agreements in bad faith.

30. Accordingly, Abornes is entitled to all principle amounts owed, plus all applicable contractual and prejudgment interest, attorney's fees and costs, and post-judgment interest from the date of judgment until payment is made in full by All Americas.

31. Plaintiff has been required to retain legal counsel to seek relief and thus Plaintiff is entitled to an award of its attorney's fees and costs incurred in this action.

### THIRD CLAIM FOR RELIEF:

### UNJUST ENRICHMENT (IN THE ALTERNATIVE)

32. Plaintiff repeats, realleges, and incorporates the foregoing paragraphs as if fully set forth herein.

33. Plaintiff conferred a benefit on Defendant, including by providing funds as referenced in the Promissory Notes.

34. Defendant knew of the benefit conferred by Plaintiff and has been unjustly enriched at the expense of and to the detriment of Plaintiff.

35. Accordingly, Abornes is entitled to all principle amounts owed, plus all applicable prejudgment interest, attorney's fees and costs, and post-judgment interest from the date of judgment until payment is made in full by All Americas.

36. Plaintiff has been required to retain legal counsel to seek relief and thus Plaintiff is entitled to an award of its attorney's fees and costs incurred in this action.

### FOURTH CLAIM FOR RELIEF:

### DECLARATORY RELIEF

37. Plaintiff repeats, realleges, and incorporates the foregoing paragraphs as if fully set forth herein.

38. An actual and justifiable controversy has arisen and now exists between Plaintiff and Defendant relative to the Promissory Notes.

39. Defendant refuses to remit payment to Plaintiff under the Promissory Notes.

40. These issues are ripe for judicial determination.

41. Plaintiff requests a judicial determination of the rights and obligations between Plaintiff and Defendant described herein, including a determination that the Promissory Notes and Assignment Agreement are valid and enforceable agreements, that Defendant owes Plaintiff the principal amount of $3,737,374.01 as of on October 5, 2022, and that Defendant owes

1  Plaintiff all applicable prejudgment interest, attorney's fees and costs, and post-judgment interest
2  from the date of judgment until payment is made in full by All Americas.
3      42.    Plaintiff has been required to retain legal counsel to seek relief and thus Plaintiff
4  is entitled to an award of its attorney's fees and costs incurred in this action.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that:

    A.    This Court enter judgment in Plaintiff's favor against All Americas on all claims and causes of action;

    B.    This Court enter judgment in Plaintiff's favor for compensatory damages in excess of $75,000, including the amounts owed under the Promissory Notes and Assignment Agreement, plus all applicable interest to be calculated at the time of judgment;

    C.    This Court enter judgment in Plaintiff's favor for reasonable attorney's fees and costs in bringing the foregoing action;

    D.    Any other relief to which Plaintiff is entitled or that the Court deems just and proper.

DATED: February 28, 2024

By */s/ Philip Mannelly*
Ryan J. Works, Esq. (NSBN 9224)
Philip M. Mannelly, Esq. (NSBN 14236)
**McDONALD CARANO LLP**
100 W. Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
rworks@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

Anjuli B. Woods (NSBN 10989)
James H. Power (pro hac vice forthcoming)
**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3200 / Fax: (212) 385-9010
james.power@hklaw.com

Attorneys for Plaintiff ABORNES INTERNATIONAL