# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARBORNES INTERNATIONAL INC.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALL AMERICAS INTERNATIONAL, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No. 3:24-cv-00100-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 27 |

　　At the Motion hearing set for **Monday, October 28, 2024, at 9:00 a.m.**, the court will also address Plaintiff's Motion to Extend Deadlines (ECF No. 27) and related briefing.

　　**IT IS SO ORDERED.**

　　DATED: October 21, 2024.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE