John D. Tennert, III (Nev. Bar No. 11728)
Austin Slaughter (Nev. Bar No. 15645)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200 / Fax: (775) 788-2283
Email: jtennert@fennemorelaw.com; aslaughter@fennemorelaw.com

*Attorneys for All Americas International, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ABORNES INTERNATIONAL INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALL AMERICAS INTERNATIONAL INC., <br><br> Defendant. | CASE NO.: 3:24-CV-00100-ART-CSD <br><br> **[FIRST REQUEST]** <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR APPOINTMENT OF RECEIVER** |

Pursuant to LR IA 6-1, Plaintiff Abornes International Inc. and Defendant All Americas International, Inc. (collectively, the "Parties") respectfully stipulate that Defendant's time to respond to Plaintiff's Motion for Appointment of Receiver is on April 23, 2025, as opposed to the April 22, 2025 deadline on this Court's public docket. This is the first stipulation for extension to oppose a motion.

Good cause exists to enlarge the time for Defendant to respond to the Motion and for Plaintiff to reply in support of the Motion. Defendant require an additional day to respond as it was served with the Memorandum of Points and Authorities in Support of Plaintiff's Motion on April 9, 2025, not on April 8, 2025. This request will not prejudice any party. The Parties' request is made in good faith and not for the purposes of delay.

**WHEREAS** the Parties respectfully request that Defendant shall have until April 23, 2025 to respond to Plaintiff's Motion for Appointment of Receiver and Plaintiff shall have until April 30, 2025 to file a reply in support of the Motion.

/ / /

DATED: April 22, 2024

Respectfully submitted,

/s/ [James H. Power]
Ryan J. Works, Esq.
Philip M. Mannelly, Esq.
**McDONALD CARANO LLP**
100 W. Liberty Street, Tenth Floor
Reno, Nevada 89501

Anjuli B. Woods
James H. Power
**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019

*Attorneys for Plaintiff ABORNES INTERNATIONAL*

By: /s/ Austin W. Slaughter
John D. Tennert, III, NV Bar No. 11728
Austin W. Slaughter NV Bar No. 15645
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone: (775) 788-2200
Facsimile: (775) 788-2279
jtennert@fennemorelaw.com
aslaughter@fennemorelaw.com

*Attorneys for Defendant ALL AMERICAS INTERNATIONAL INC.*

**IT IS SO ORDERED**:

_____
THE HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

DATED: April 22, 2025.