**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABORNES INTERNATIONAL, INC., | Case No.: 3:24-cv-00100-ART-CSD |
| Plaintiff | **Minute Order** |
| v. | Re: ECF No. 56 |
| ALL AMERICAS INTERNATIONAL, INC., et al., | |
| Defendants | |

PRESENT: <u>THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK: <u>ASHLYN BYE</u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

On or before **Friday August 1, 2025**, Plaintiff shall **FILE UNDER SEAL** the unredacted version of the Supplemental Declaration and Exhibit A attached thereto in conformity with the court's order granting Plaintiff's motion at ECF No. 56.

**IT IS SO ORDERED**.

Dated: July 30, 2025                    DEBRA K. KEMPI, CLERK

                                        By: _____/s/_____

                                                     Deputy Clerk