# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ARBONES INTERNATIONAL, INC.,

    Plaintiff

v.

ALL AMERICAS INTERNATIONAL, INC.,

    Defendant

Case No.: 3:24-cv-00100-ART-CSD

**Order**

Re: ECF Nos. 67, 70

Plaintiff has filed an emergency motion for protective order regarding Defendant's noticed deposition for a Rule 30(b)(6) witness as well as for the noticed depositions of Ingrid Sucre and Dinara Usmanova. (ECF No. 70.) Plaintiff has also filed a motion for remote depositions for all remaining witnesses. (ECF No. 67.)

The depositions noticed by Defendant for November 3, 4 and 5 are **TEMPORARILY STAYED** pending a hearing on these motions.

Defendant shall file a response to ECF Nos. 67 and 70 on or before **Friday November 7, 2025**. Plaintiff has until **November 12, 2025**, to file any reply briefs. The court will then set a hearing on these motions.

**IT IS SO ORDERED**.

Dated: November 3, 2025

                                                  Craig S. Denney
                                                  United States Magistrate Judge