# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ABORNES INTERNATIONAL, INC.,

    Plaintiff

v.

ALL AMERICAS INTERNATIONAL, INC.,

    Defendant

Case No.: 3:24-cv-00100-ART-CSD

**Order**

Re: ECF Nos. 67, 70

    The court held a hearing on Plaintiff's motions to take all remaining witness depositions by remote means (ECF No. 67) and emergency motion for protective order regarding the depositions of Ingrid Sucre and Dinara Usmanova[1] (ECF No. 70) on November 19, 2025.

    As discussed at the hearing, Plaintiff shall provide Defendant's counsel with declarations from Ms. Sucre and Ms. Usmanova to support Plaintiff's claim that requiring them to appear in the United States for their depositions is unduly burdensome. The declarations should include details concerning where the deponents currently reside, where they have citizenship, their relationship to the Plaintiff Abornes International, Inc., and any and all steps taken to procure a visa to travel to the United States to be deposed. Plaintiff's counsel agreed to provide the declaration for Ms. Usmanova to Defendant's counsel by Friday **November 21, 2025**. Plaintiff has until Friday **November 28, 2025**, to provide the declaration of Ms. Sucre to Defendant's counsel.

---

[1] This witness is referred to both as Ms. Usmanova and Ms. Usmanov in the briefing. The court will refer to her as Ms. Usmanova in this Order as that is the name used by Plaintiff in its emergency motion.

In addition, the court will permit Plaintiff to file a supplemental brief in support of its position, no longer than **10 pages**, on or before **December 5, 2025**. The declarations of Ms. Sucre and Ms. Usmanov, referenced above, shall be included as exhibits to Plaintiff's supplemental briefing. To the extent the declarations contain personal identifying information or other confidential information, Plaintiff shall comply with Federal Rule of Civil Procedure 5.2 and Local Rule IA 10-5.

Defendant will have up to and including **December 12, 2025**, to file a supplemental responsive brief, also limited to **10 pages**.

The court will then determine if a supplemental reply brief is required, and will issue a written order.

**IT IS SO ORDERED**.

Dated: November 19, 2025

_____
Craig S. Denney
United States Magistrate Judge