# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ABORNES INTERNATIONAL, INC.,

    Plaintiff,

v.

ALL AMERICAS INTERNATIONAL, INC.,

    Defendant.

Case No.: 3:24-cv-00100-ART-CSD

**Order**

Re: ECF No. 96

Before the Court is Defendant's Motion Regarding Discovery Dispute. (ECF No. 96.)

Pursuant to the Court's Civil Standing Order (ECF No. 10), Plaintiff shall file a response on or before close of business on **Monday, June 29, 2026.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: June 26, 2026

_____
Craig S. Denney
United States Magistrate Judge